UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN RIGLIAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:18-cv-00286 |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and VALLEY NATIONAL BANK LONG TERM DISABILITY PLAN, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO F.R.C.P. 41 (a)(1)(A)**

Plaintiff, Robin Riglian, files this notice of a voluntary dismissal without prejudice of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A) on the basis that defendants have not filed an answer or summary judgment such that plaintiff may file notice without a court order.

Respectfully submitted,

| | |
|---|---|
| MORGAN & PAUL, PLLC | STEMBER COHN & DAVIDSON-WELLING, LLC |
| | |
| /s/ Gregory G. Paul | /s/ John Stember |
| GREGORY G. PAUL | John Stember |
| PA ID No.: 83334 | PA ID No. 23643 |
| First and Market Building | The Hartley Rose Building |
| 100 First Avenue, Suite 1010 | 425 First Avenue, 7th Floor |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |
| (412) 259-8375 | T.: (412) 338-1445 |
| (888) 822-9421 (facsimile) | F.: (412) 338-1446 |
| gregpaul@morgan-paul.com | jstember@stembercohn.com |

Attorneys for Plaintiff

Dated:  April 5, 2018.